```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FLORIBIO LARCIER,

                Petitioner,

    - against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------X

**ORDER**

10 Civ. 3994 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It is hereby ordered that this Court's October 18, 2010 Memorandum and Order is amended to include the following sentence at the end of the Conclusion: "As the petitioner has not made a substantial showing of denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253; *see also United States v. Perez*, 129 F.3d 255, 259 (2d Cir. 1997); *Lozada v. United States*, 10 F.3d 1101, 1016-17 (2d Cir. 1997)."

Dated:    New York, New York
           January 18, 2011

                                            /s/ Naomi Reice Buchwald
                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE